IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 10 2001
J. T. NOBLIN, CLERK
BY [signature] DEPUTY

UNITED STATES OF AMERICA

v. CRIMINAL NO. 4:01cr19LN

21 U.S.C. § 841(a)(1)

STEVE KING,
CARMEN FOUNTAIN, and
"JOHN DOE" a/k/a "Duck"

**The Grand Jury charges:**

COUNT 1

On or about April 27, 2000, in Lauderdale County, in the Eastern Division of the Southern District of Mississippi, the defendant, **STEVE KING**, knowingly and intentionally distributed approximately 12.6 grams of a mixture or substance containing cocaine base, also known as "crack", a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code.

COUNT 2

On or about May 9, 2000, in Lauderdale County, in the Eastern Division of the Southern District of Mississippi, the defendants, **STEVE KING** and **CARMEN FOUNTAIN**, aiding and abetting each other, knowingly and intentionally distributed approximately 25.3 grams of a mixture or substance containing cocaine base, also known as "crack", a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 3

On or about May 25, 2000, in Lauderdale County, in the Eastern Division of the Southern District of Mississippi, the defendants, **STEVE KING**, **CARMEN FOUNTAIN**, and **"JOHN DOE" a/k/a "Duck"**, aiding and abetting each other, knowingly and intentionally distributed approximately 51.5 grams of a mixture or substance containing cocaine base, also known as "crack", a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

James B. Tucker

JAMES B. TUCKER
United States Attorney

A TRUE BILL:

Charles B. [illegible], Jr.

Foreperson of the Grand Jury

A TRUE COPY, I HEREBY CERTIFY.
J. T. NOBLIN, CLERK
BY: J Moore
DEPUTY CLERK

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 10 2001
J T NOBLIN, CLERK
DEPUTY

CRIMINAL CASE COVER SHEET
Place of Offense:

U.S. District Court
Southern District of Mississippi

City: Meridian

County: Lauderdale

**Related Case Information:**
Superseding Indictment ________ Docket #________
Same Defendant __________ New Defendant ________
Magistrate Judge Case Number ____________________
Search Warrant Case Number ____________________
R 20/ R 40 from District of __________________

4:01cr19LN

**Defendant Information:**

Juvenile: _____ Yes X No

Matter to be sealed: XX YES ___NO

Name/Alias: STEVE KING

Last Known Address: 1319 33rd Avenue
Meridian, MS
Birthdate: 09/30/1955 SS# 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 or 482-0603679 Sex M Race ____ Nationality _____

**U.S. Attorney Information:**

AUSA Alfred B. Jernigan Bar # 3088

Interpreter: ___ No ____ Yes List language and/or dialect: ___________
**Location Status:** Arrest Date __________________

_____ Already in Federal Custody as of _________ in ______________________
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 3 ____ Petty ____ Misdemeanor X Felony

| Index Key/Code (Clerk's Office Use Only) | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 21:841A=CD.F | *Controlled Substance - Sell, Dist., or Dispense (Dist. Cocaine Base)* 21 U.S.C.§ 841)a)(1) | 1-3 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

Date: 6/8/01 **SIGNATURE OF AUSA:** [signature]

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 10 2001
J. T. NOBLIN, CLERK
BY ______ DEPUTY

CRIMINAL CASE COVER SHEET
Place of Offense:

U.S. District Court
Southern District of Mississippi

City: Meridian

County: Lauderdale

**Related Case Information:**
Superseding Indictment ________ Docket #________
Same Defendant __________ New Defendant ________
Magistrate Judge Case Number ________________
Search Warrant Case Number ________________
R 20/ R 40 from District of ______________

4:01cr19LN

**Defendant Information:**

Juvenile: _____ Yes __X__ No

Matter to be sealed: __**XX**__ YES ___NO

Name/Alias: CARMEN FOUNTAIN

Last Known Address: ____________________

Birthdate: 01/18/1964 SS# 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 Sex M Race ____ Nationality _____

**U.S. Attorney Information:**

AUSA Alfred B. Jernigan Bar # 3088

Interpreter: ___ No ____ Yes List language and/or dialect: ___________
**Location Status:** Arrest Date _______________

_____ Already in Federal Custody as of _________ in ____________________
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 2 ____ Petty ____ Misdemeanor X Felony

| Index Key/Code (Clerk's Office Use Only) | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 21:841A=CD.F | ***Controlled Substance - Sell, Dist., or Dispense (Dist. Cocaine Base)*** 21 U.S.C.§ 841)a)(1) | **2-3** |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

Date: 6/8/01 **SIGNATURE OF AUSA:** [signature]

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 10 2001
J T NOBLIN, CLERK
BY ______ DEPUTY

CRIMINAL CASE COVER SHEET
Place of Offense:

U.S. District Court
Southern District of Mississippi

City: Meridian

County: Lauderdale

**Related Case Information:**
Superseding Indictment ________ Docket # ________
Same Defendant ________ New Defendant ________
Magistrate Judge Case Number ________
Search Warrant Case Number ________
R 20/ R 40 from District of ________

**Defendant Information:**

4:01 cr 19LN

Juvenile: _____ Yes _X_ No

Matter to be sealed: _XX_ YES ___NO

Name/Alias: JOHN DOE a/k/a "Duck"

Last Known Address: ________

Birthdate: ________ SS# ________ Sex _M_ Race ____ Nationality ____

**U.S. Attorney Information:**

AUSA Alfred B. Jernigan Bar # 3088

Interpreter: ___ No ___ Yes List language and/or dialect: ________
**Location Status:** Arrest Date ________

_____ Already in Federal Custody as of ________ in ________
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 1 ____ Petty ____ Misdemeanor _X_ Felony

| Index Key/Code (Clerk's Office Use Only) | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 21:841A=CD.F | *Controlled Substance - Sell, Dist., or Dispense (Dist. Cocaine Base)* 21 U.S.C.§ 841)a)(1) | 3 |
| Set 2 ____ | ____ | ____ |
| Set 3 ____ | ____ | ____ |
| Set 4 ____ | ____ | ____ |

Date: 6/26/01 **SIGNATURE OF AUSA:** [signature]